IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RAYCHELLE FREEMAN,
BOBBY DEAN, SR., and
ANTHONY BOND

                                                  Plaintiffs,                  Case No. 12-cv-461

      vs.

TOTAL SECURITY MANAGEMENT – WISCONSIN, LLC,
TOTAL SECURITY MANAGEMENT – ILLINOIS 1, LLC,
TOTAL SECURITY MANAGEMENT – INDIANA, LLC,
TOTAL SECURITY MANAGEMENT – ARIZONA, LLC,
TOTAL SECURITY MANAGEMENT – MISSOURI, LLC, and
TOTAL SECURITY MANAGEMENT, INC.

                                                  Defendants.

---

### PETITION FOR CLASS COUNSEL'S COSTS AND ATTORNEY'S FEES

---

NOW COME Plaintiffs, by and through their attorneys, Hawks Quindel, S.C., to respectfully petition the Court for an award of costs and attorney's fees as set forth below and on those grounds set forth in Plaintiffs' supporting Memorandum of Law and accompanying Declarations of Attorneys William Parsons, Timothy Selander, and Eric Haag.

    1.    Class Counsel has negotiated the settlement of this FLSA collective action and Rule 23 class action on behalf of a class that includes approximately 252 individuals.

2. The settlement creates a common settlement fund of $150,000. Plaintiffs petition for an award of $90,000 as attorney's fees in this matter, inclusive their recovery of costs, which total $9,538.07 to date.

3. As set forth in greater detail in Plaintiffs' supporting Memorandum of Law and accompanying Declarations, the requested award is appropriate in light of the actual expenses incurred by Counsel and the amount of litigation in this case.

WHEREFORE, Plaintiffs respectfully request that the Court award costs and attorney's fees as set forth above.

Respectfully submitted this 14th day of April, 2014.

    Attorneys for Plaintiffs

    By: */s/ William E. Parsons*
    **HAWKS QUINDEL, S.C.**
    William E. Parsons, State Bar No. 1048594
    Email: wparsons@hq-law.com
    David C. Zoeller, State Bar No. 1052017
    Email: dzoeller@hq-law.com
    Danielle M. Schroder, State Bar No. 1079870
    Email: dschroder@hq-law.com
    Post Office Box 2155
    Madison, Wisconsin 53701-2155
    Telephone: 608/257-0040
    Facsimile: 608/256-0236