ATTORNEYS AT LAW

# HAWKS QUINDEL, S.C.

222 West Washington Avenue, Suite 450
Post Office Box 2155
Madison, Wisconsin 53701-2155

**MADISON OFFICE**
Aaron N. Halstead
William E. Parsons
Nicholas E. Fairweather
David C. Zoeller

Danielle M. Schroder
Colin B. Good
Rachel A. Krueger

608-257-0040
Fax 608-256-0236
www.hq-law.com

Offices also in Milwaukee

June 5, 2014

*Via ECF Filing*
Honorable William M. Conley
U.S. District Court, Western District of Wisconsin
120 North Henry Street
Madison, Wisconsin 53703

    Re:    *Freeman et al v. Total Security Management, Inc. et al*
             (Case No. 12-CV-461)

Dear Judge Conley:

    I am one of the attorneys who represent the Plaintiffs and Collective Classes in the above-referenced matter. I am writing on behalf of all parties, to request a status conference to discuss the parties' pending Joint Motion for Preliminary Approval of Settlement. (Dkt. #241).

    On April 18, 2014, the Court held a status conference with the parties in order to discuss the above-referenced Motion for Preliminary Approval. During that conference, the Court requested that Plaintiffs' Counsel file the Named Plaintiffs' signed fee agreements. Hawks Quindel subsequently filed these agreements as exhibits to the Supplemental Declaration of Attorney William Parsons. (Dkt. #251).

    The parties now respectfully request a telephone conference to discuss the status of their pending Joint Motion for Preliminary Approval of Settlement. Thank you for your kind attention to this matter.

Sincerely,

David C. Zoeller